**Tonya RAISON, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 03–3082.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 14, 2003.

Before: LOURIE, GAJARSA, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Rodney BRIGHT, Petitioner,**

v.

**U.S. COURT SERVICE AND OFFEND-ER SUPERVISION AGENCY FOR D.C., Respondent.**

No. 02–3367.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 14, 2003.

Before: NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36